USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN FIRE AND CASUALTY
INSURANCE COMPANY,

                     Plaintiff,

             -against-

COMPATRIOT INSURANCE PCC LIMITED,

                    Defendant.
-------------------------------------------------------------------X

1:19-cv-09280-GHW

ORDER

As discussed on the record during the telephone conference held on February 12, 2020, Plaintiff's proposed motion to require Defendant to post a bond under New York law is due no later than March 4, 2020. Defendant's opposition is due no later than four weeks following service of the motion; Plaintiff's reply, if any, is due two weeks following service of the opposition.

The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 20 and 21.

SO ORDERED.

Date: February 14, 2020
New York, NY

                                                  GREGORY H. WOODS
                                                  United States District Judge