USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMERICAN FIRE AND CASUALTY                                  :
INSURANCE COMPANY,                                          :
                                                            :
                          Plaintiff,                        :       **ORDER**
                                                            :
            -v-                                             :       19-CV-9280 (GHW) (JLC)
                                                            :
COMPATRIOT INSURANCE PCC LIMITED,                           :
                                                            :
                          Defendant.                        :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On February 26, 2020, Plaintiff American Fire requested the Court's intervention in challenging Defendant Compatriot's privilege-based objections to certain document requests. Dkt. No. 25.  By letter dated February 28, 2020, Compatriot responded that "on February 25, 2020, [it] served by regular mail a letter and exhibits including an Amended Privilege Log," and "provided additional grounds for Compatriot's privilege based objections as well as released materials that Compatriot, upon further evaluation, no longer deemed privileged."  Dkt. No. 30 at 1–2.[1]  According to Compatriot, its February 25 amended privilege log and supplemental production "address and resolve the claims raised in American Fire's Letter."  *Id.* at 3.  In its letter reply filed hours later, American Fire stated that it had not received Compatriot's materials until they were attached as an exhibit to Compatriot's letter response (presumably because they were sent by regular mail).  Dkt. No. 31.  In light of the amended privilege log and supplemental production, the parties are hereby directed to further meet and confer to determine whether any issues remain in their discovery dispute and to report to the Court by letter no later than **March 6, 2020**.

        **SO ORDERED.**

Dated: March 3, 2020
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] Compatriot's letter to the Court states that these materials were sent by regular mail; the attachment (Exhibit A) states that they were sent by email and regular mail.