USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AMERICAN FIRE AND CASUALTY : 
INSURANCE COMPANY, :
:
                         Plaintiff, : **ORDER**
:
         -v- : 19-CV-9280 (GHW) (JLC)
:
COMPATRIOT INSURANCE PCC LIMITED, :
:
                      Defendant. :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      On March 6, 2020, Plaintiff American Fire renewed its challenges to Defendant Compatriot's privilege-based objections to certain document requests. Dkt. No. 33. By letter dated March 10, 2020, Compatriot responded to the various issues raised by American Fire but advised that "more formal briefing is required to decide the issues at bar. A separate letter from Compatriot will follow." Dkt. No. 34 at 8. At the end of its own letter, American Fire requested that the Court afford it an opportunity to respond to Compatriot's opposition on the merits or direct a conference on the matter so it may be heard in response. Dkt. No. 33 at 60. Accordingly, no later than **March 20, 2020**, Compatriot may make a further submission not to exceed ten pages. American Fire may file a letter in reply, also not to exceed ten pages, no later than **March 27, 2020**.

      **SO ORDERED.**

Dated: March 13, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge